# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



**PEDRO JIMENEZ-ALVARADO**

        VS.

**ADMINISTRACION DE CORRECCION,
ET AL.**

**CIVIL NO.**  06-1868 **(JAF)**

| DESCRIPTION OF MOTION | |
|---|---|
| | |
| DATE FILED:          DOCKET:<br><br>[] Plffs.          [] Defts. | TITLE: |

| O-R-D-E-R |
|---|
| CASE DISMISSED FOR FAILURE TO PROSECUTE DILIGENTLY.  NO EFFORT TO SERVE SUMMONS HAS TAKEN PLACE AT LEAST SINCE SEPTEMBER 14, 2006. |
| |
| |
| |
| |
| |
| |

**IT IS SO ORDERED.**

   5/29/2007                    S/ José Antonio Fusté
       DATE                         JOSE A. FUSTE
                                U.S. DISTRICT JUDGE